1  André E. Jardini (State Bar No. 71335)
   aej@kpclegal.com
2  K.L. Myles (State Bar No. 243272)
   klm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
5  Facsimile:  (818) 547-5329

6  Amir S. Salehi (State Bar Number 203193)
   amirs@lawyer.com
7  SALEHI & ASSOCIATES, P.C.
   12400 Wilshire Blvd., Suite 1300
8  Los Angeles, CA 90025
   Telephone:  (310) 820-3366
9  Facsimile:  (310) 820-3361

10 Attorneys for Plaintiffs
   STARLA PACINI, an individual;
11 MARIA SANCHEZ, an individual;
   ALBA PENAGOS, an individual;
12 and HECTOR PENAGOS, an individual;
   an individual; appearing
13 individually and on behalf of
   others similarly situated
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18 STARLA PACINI, an individual; MARIA    ) Case. NO. CV 12-02423 SI
   SANCHEZ, an individual; ALBA          )
19 PENAGOS, an individual; and HECTOR    )
   PENAGOS, an individual; appearing     )
20 individually and on behalf of others  ) STIPULATION AND [PROPOSED]
   similarly situated,                   ) ORDER EXTENDING BRIEFING
21                                        ) SCHEDULE FOR DEFENDANTS'
                                          ) MOTIONS TO TRANSFER
22             Plaintiffs,                ) VENUE, TO STRIKE AND TO
                                          ) DISMISS
23        v.                             )
                                          )
24 BANK OF AMERICA, N.A., a national     ) The Hon. Judge Susan Illston
   bank; INTERSECTIONS INSURANCE        )
25 SERVICES, INC., an Illinois corporation; )
                                          )
26             Defendants.                )
   _____ )
27

28

KNAPP,
PETERSEN
& CLARKE

                                  -1-    Stipulation and [Proposed] Order Extending
                                         Briefing Schedule

1  Pursuant to Civil Local Rules 6-2 and 7-12, this Stipulation is entered into by

2  and among Plaintiffs Starla Pacini, Maria Sanchez, Alba Penagos and Hector

3  Penagos ("Plaintiffs"), and Defendants Bank of America, N.A. ("BANA"), and

4  Intersections Insurance Services, Inc. ("IISI") (BANA and IISI are collectively

5  referred to as the "Defendants," and Plaintiffs and Defendants are collectively

6  referred to as the "Parties"), through their respective counsel with reference to the

7  following:

8  **RECITALS**

9  WHEREAS, on May 14, 2012, Plaintiffs filed their Complaint for Damages

10  (the "Complaint") [Dkt. No. 1];

11  WHEREAS, on June 11, 2012, BANA filed its Motion to Dismiss Plaintiffs'

12  Class Action Complaint [Dkt. No. 12];

13  WHEREAS, on June 11, 2012, Defendants filed their Joint Motion to Transfer

14  Venue [Dkt. No. 13];

15  WHEREAS, on June 11, 2012, Defendants filed their Joint Motion to Strike

16  Plaintiffs' Complaint for Damages [Dkt. No. 15];

17  WHEREAS, on June 11, 2012, IISI filed its Motion to Dismiss Plaintiffs'

18  Complaint for Damages [Dkt. No. 17];

19  WHEREAS, the parties stipulate to extend Plaintiffs' time to respond to the

20  four motions filed by Defendants (the "Motions"), and Defendants' time to reply to

21  Plaintiffs' Oppositions; and

22  WHEREAS, Mr. Jardini attests that concurrence in the filing of this document

23  has been obtained from each of the signatories hereto.

24  **STIPULATION**

25  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the

26  parties to this action through their undersigned counsel that, with the Court's

27  approval:

28  1.   Plaintiffs shall file their oppositions to the Motions [Dkt. Nos. 12, 13,

KNAPP,
PETERSEN
& CLARKE

-2-   Stipulation and [Proposed] Order Extending Briefing Schedule

15, 17] by July 2, 2012;

    2.    Defendants shall file their replies in support of the Motions [Dkt. Nos. 12, 13, 15, 17] by July 9, 2012;

    3.    The Motions [Dkt. Nos. 12, 13, 15, 17] will be heard on August 10, 2012 at 9:00 a.m.;

    4.    No prior extensions of time have been requested of the Court nor granted by the Court; and

    5.    This Stipulation would change the hearing on the Motions from August 3 to August 10, 2012.

Dated:  June 25, 2012             KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
    André E. Jardini
    K.L. Myles
    Attorneys for Plaintiffs
    STARLA PACINI, an individual;
    MARIA SANCHEZ, an individual;
    ALBA PENAGOS, an individual;
    and HECTOR PENAGOS, an
    individual; appearing individually
    and on behalf of others similarly
    situate

DATED:  June __, 2012             DLA PIPER LLP


By: /s/ Jeffrey A. Rosenfeld
    Jeffrey A. Rosenfeld
    Attorney for Defendant
    Intersections Insurance Services, Inc.

DATED:  June __, 2012             BRYAN CAVE LLP


By: /s/ Robert E. Boone III
    Robert E. Boone III
    Attorneys for Defendant
    Bank of America, N.A.

KNAPP,
PETERSEN
& CLARKE

1

2

**[PROPOSED] ORDER**

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5

Dated:_____6/26/12_____

The Hon, Susan Illston
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**KNAPP,
PETERSEN
& CLARKE**

28

-4-   Stipulation and [Proposed] Order Extending
Briefing Schedule